Official Form 416B (12/15)

**Form 416B  CAPTION (Short Title)**

*(May be used if 11 U.S.C. § 342(c) is not applicable)*

FILED

2018 NOV 20  P 1:42

## United States Bankruptcy Court

Western _____ District Of Oklahoma

In re Melody N. Lewis _____,
        Debtor

Case No. 18-14388

Chapter 7

*[Designation of Character of Paper]*

Amended Matrix

Melody Lewis

Direct Tv - PO Box 105261
Atlanta GA. 30348

AT&T - Corporate Headquaters       P.O Box 5093
208 South Akard St.       Carol Stream IL
Dallas, Tx. 75202       60917-5093

H&R Accountants
5350 22nd Ave.
Moline, Il. 61265

ENT Medical Plaza
Billing
535 NW 9th Street
Suite 300
OKC OK   73102

Emergency Physicans of Midwest City
2825 Parklawn Dr.
OKC, OK  73103

City of Bethany
Utilities
PO Box 209
Bethany OK  73008

Mercy Hospital
14528 South Outer 40
Suite 100
St. Louis, Mo 63017

Business Revenue Systems Inc. (Radiology
6032 Trier Road                    Consultants)
Fort Wayne, IN. 46815

Phoenix Financial Services LLC (TX Health Imia
PO Box 361450
Indianapolis, IN. 46236

Dr. James Keller
1800 S. Renaissance Blvd.
Edmond, OK. 73013

Oklahoma Tax Commission
~~4009 New Capitol Street~~
2501 N. Lincoln Blvd.
OKC, OK. 73194

Internal Revenue Service Dept.
55 N. Robinson Ave.
OKC, OK. 73102