**Dated: February 11, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>MELODY NAKINA LEWIS,<br><br>            Debtor | Case No. 18-14388-SAH<br>(Chapter 7) |

## Order Granting Trustee's Motion for Order Approving Compromise of Controversy with Debtor

    Trustee's Motion for Order Approving Compromise of Controversy with Debtor comes on for consideration. Based upon the Chapter 7 Trustee's representations, the Court finds as follows:

- On January 16, 2020, the Chapter 7 Trustee filed Trustee's Motion for Order Approving Compromise of Controversy with Debtor (Doc. 34) for the approval of a compromise between Trustee and Debtor, all as more fully described in the motion;

- Under the terms of the motion to compromise, Trustee and Debtors will split the net recovery[1] from Debtor's transvaginal mesh claim, all as more fully described in the motion; and

- The motion to compromise was properly served on all parties in interest on January 16, 2020, in accordance with Local Bankruptcy Rule 9007-1; the last date for filing objections was February 6, 2020; said date has passed with no objection thereto being served and filed; and therefore, the motion should be, and hereby is, granted.

**IT IS SO ORDERED.**

---

[1] The "net recovery" will be the amount that is paid into Debtor's bankruptcy estate after the deduction of attorneys' fees and expenses by the attorneys and claim administrators handling Debtors' transvaginal mesh claim.

*The findings of fact in this Order are based upon representations of counsel. Local Rule 9013(i)(3)*
###

Signature page to Order on Motion to Compromise, Case No. 18-14388.

APPROVED:

*s/ Kevin M. Coffey*
Kevin M. Coffey (OBA# 11791)
HARRIS & COFFEY, PLLC
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405.606-7446
kevin@harrisandcoffey.com

Chapter 7 Trustee

*s/ Stephen A Harry*
Stephen A Harry, OBA # 20499
3030 NW Expressway, Suite 200
Oklahoma City, OK 73112
(405) 694-4353—telephone
(405) 214-1486—facsimile
stephenaharry@sahlawoffice.com

Attorney for Debtor, Melody Lewis

2