Case: 18-14388   Doc: 47   Filed: 07/15/20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-14388 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
|---|---|---|---|---|---|---|
| Case Name: | Melody Nakina Lewis | | | | Date Filed (f) or Converted (c): | 10/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 11/20/2018 |
| For Period Ending: | 06/30/2020 | | | | Claims Bar Date: | 01/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 2. Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit-OG&E | 200.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit-ONG | 150.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposit-rental unit | 700.00 | 0.00 | | 0.00 | FA |
| 7. Security Deposit-Oklahoma utilities | 180.00 | 0.00 | | 0.00 | FA |
| 8. Personal injury claim-transvaginal mesh product (u) | 50,000.00 | 30,000.00 | | 0.00 | 15,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $52,330.00    $30,000.00    $0.00    $15,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/15/2019: Notified of personal injury settlement; Request notice to file claims; App to hire Harris & Coffey filed
10/30/2019: Order employing attorney entered
12/26/2019: Trustee filed objection to Debtor's claim of exemption in personal injury settlement
01/16/2020: motion to compromise with Debtor filed
02/11/2020: Order entered granting motion to compromise; Objection to exempt property resolved
06/24/2020: Trustee is currently waiting to receive settlement from personal injury claim

Initial Projected Date of Final Report (TFR): 10/18/2021    Current Projected Date of Final Report (TFR): 10/18/2021

| Trustee Signature: | /s/ KEVIN M. COFFEY | Date: 07/15/2020 |

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-14388 | Trustee Name: KEVIN M. COFFEY |
| Case Name: Melody Nakina Lewis | Bank Name: |
| | Account Number/CD#: |
| Taxpayer ID No: | Blanket Bond (per case limit): $7,478,000.00 |
| For Period Ending: 06/30/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:  /s/ KEVIN M. COFFEY    Date: 07/15/2020

KEVIN M. COFFEY
435 N. Walker, Suite 202
Oklahoma City, OK  73102

Page Subtotals:    $0.00    $0.00