**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re:<br>MELODY NAKINA LEWIS,<br>　　　　　　　　　　　　　Debtor | Case No. 18-14388-SAH<br>(Chapter 7) |

## Notice of Final Application of Kevin M. Coffey, Counsel for the Chapter 7 Trustee, for Allowance of Compensation, Notice of Opportunity for Hearing, and Notice of Hearing (to be Held if a Response is Filed)

Kevin M. Coffey, Counsel for the Chapter 7 Trustee, has made Final Application to this Court for payment of compensation in the sum of $5,692.50.

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document**. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

**The 21 day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f).**

### NOTICE OF HEARING
### (TO BE HELD IF A RESPONSE IS FILED)

**Notice is hereby given that if a response to the Application is filed, the hearing on the matter will be held on Wednesday, November 4, 2020, at 9:30 a.m. by Telephone Conference: 866-590-5055, Participant Code: 4489321. All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) than no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same). If no response is timely filed and the court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.**

　　　　　　　　　　　　　　　　　　　　　　　*s/ Kevin M. Coffey*
　　　　　　　　　　　　　　　　　　　　　　　Kevin M. Coffey (OBA# 11791)
　　　　　　　　　　　　　　　　　　　　　　　HARRIS & COFFEY, PLLC
　　　　　　　　　　　　　　　　　　　　　　　435 N. Walker, Suite 202
　　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK  73102
　　　　　　　　　　　　　　　　　　　　　　　405/235-1497
　　　　　　　　　　　　　　　　　　　　　　　Fax:  405/606-7446
　　　　　　　　　　　　　　　　　　　　　　　Email:  kevin@harrisandcoffey.com

2

Chapter 7 Trustee