**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

IN RE:

MELODY NAKINA LEWIS

Debtor.

Case No. 18-14388-SAH
(Chapter 7)

## Certificate of Service for Notice of Final Application of Kevin M. Coffey, Counsel for the Chapter 7 Trustee, for Allowance of Compensation, Notice of Opportunity for Hearing, and Notice of Hearing (to be Held if a Response is Filed)

This is to certify that on October 1, 2020, a true and correct copy of the Notice of Final Application of Kevin M. Coffey, Counsel for the Chapter 7 Trustee, for Allowance of Compensation, Notice of Opportunity for Hearing and Notice of Hearing (to be Held if a Response is Filed), filed on October 1, 2020 [Doc. No. 49], was forwarded via U.S. Mail, first class, postage prepaid, to those parties listed on the attached matrix.

*s/ Kevin M. Coffey*
Kevin M. Coffey (OBA# 11791)
HARRIS & COFFEY, PLLC
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
405/606-7446 (fax)
E-mail:  kevin@harrisandcoffey.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:  MELODY N LEWIS

CASE NO: 18-14388

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 49

On 10/1/2020, a copy of the following documents, described below,

NOTICE OF FINAL APPLICATION OF KEVIN M. COFFEY, COUNSEL FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION, NOTICE OF OPPORTUNITY FOR HEARING, AND NOTICE OF HEARING (TO BE HELD IF A RESPONSE IS FILED) ECF Docket Reference No. 49

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kevin M. Coffey
Harris and Coffey, PLLC
435 N. Walker Suite 202
Oklahoma City, OK  73102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
10875
CASE 18-14388
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY
THU OCT 1 12-30-23 CDT 2020

ATLAS ACQUISITIONS LLC
294 UNION ST
HACKENSACK NJ 07601-4303

~~EXCLUDE~~
~~USBC WESTERN DISTRICT OF OKLAHOMA~~
~~215 DEAN A MCGEE~~
~~OKLAHOMA CITY OK 73102-3426~~

AMR
7269 WEST SHERIDAN AVENUE
OKC OK 73102

ATT
PO BOX 78628
PHOENIX AZ 85062-8628

ATT CORPORATE HEADQUARTERS
208 SOUTH AKARD ST
DALLAS TX 75202-4206

ATT CORPORATE HEADQUARTERS
PO BOX 5093
CAROL STREAM IL 60197-5093

ATT DIRECT 1V
PO BOX 5093
CAROL STREAM IL 60197-5093

AGENCY OF CREDIT CONTROL
2014 S PONTIAC WAY
DENVER CO 80224-2412

AMER MNGT SVCS
PO BOX44069
OKC OK 73144-1069

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

BANFIELD HOSPITAL
1921S BROADWAY
EDMOND OKLAHOMA 73013-4018

BANK OF OKLAHOMA
PO BOX 26908
OKLAHOMA CITY OK 73126-0908

BAPTIST MEDICAL CENTER
PO BOX 268907
OKLAHOMA CITY 73126-8907

BEACON LOANS
358 S 700 E SUITE B 105 PMB
SALT LAKE CITY UT 84102-2160

BOOST PREMIER LIE
1649 WILLIAMSON RD
GRIFFIN GA 30224-3932

BUSINESS REVENUE SYSTEMS RADIOLOGY
CONSULTA
6032 TRIER ROAD
FORT WAYNE IN 46815-5337

CK MARKETING
3336 E 33RD PLACE SUITE B
YUMA AZ 85365-5200

CASHLAND
10417 N MAY AVE
OKC OK 73120-2610

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITY OF BETHANY
PO BOX 219
BETHANY OK 73008-0219

CITY OF BETHANY
UTILITIES
PO BOX 219
BETHANY OK 73008-0219

CITY OF OKC UTILITIES COMPANY
2701 NE 4TH STREET
OKC OK 73117-5609

CONVERGENT OUTSOURCING
PO BOX 9004
RENTON WA 98057-9004

COX COMMUNICATIONS
3316 SOUTH BROADWAY
EDMOND OK 73013-4101

COX COMMUNICATIONS
PO BOX 268870
OKLAHOMA CITY OK 73126-8870

CREDIT BUREAU SERVICES A
123 W 7TH STREET
STILLWATER OK 74074-4068

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CREDIT SYSTEMS
PO BOX 312125
ATLANTA GA 31131-2125

DEFENDER SECURITY
3750 PRIORITY WAY SOUTH DR STE 200
INDIANAPOLIS IN 46240-3815

DIRECTV
PO BOX 105261
ATLANTA GA 30348-5261

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

DIVERSIFIED CONSULTANTS
PO BOX 551268
JACKSONVILLE FL 32255-1268

DR JAMES KELLER
1800 S RENAISSANCE BLVD
EDMOND OK 73013-3023

ENT MEDICAL PLAZA BILLING
535 NW 9TH STREET
SUITE 300
OKC OK 73102-1073

EMERGENCY PHYSICIANS OF MIDWEST CITY
2825 PARKLAWN DR
OKC OK 73110-4201

EMERGENCY PHYSICIANS OF MIDWEST CITY
940 NE 13TH ST STE 1B1306
OKLAHOMA CITY OK 73104-5008

ENHANCED RECOVERY COMPANY
PO BOX 57547
JACKSONVILLE FL 32241-7547

FOUNTAIN LAKE APARTMENTS
141025 N EASTERN AVE
EDMOND OK 73013

GREEN VALLEY CASH
PO BOX 615
HAYS MT 59527-0615

H  R ACCOUNTANTS
7017 JOHN DEERE PARKWAY
MOLINE IL 61265-8072

HR ACCOUNTS
5320 22ND AVE
MOINE IL 61265-3627

IC SYSTEM
PO BOX 64378
SAINT PAUL MN 55164-0378

IAN S ENTERPRISE LLC
9450 SW GEMINI DR 39525
BEAVERTON OR 97008-7105

IANS ENTERPRISES
9450 SW GEMINI DR  39525
BEAVERTON OR 97008-7105

INTEGRIS MEDICAL GROUP
5320 22ND STREET AVE
MOLINE IL 61245

INTEGRIS PHYSICIAN SERVICES
PO BOX 269032
OKC OK 73126-9032

INTEGRIS PHYSICIAN SERVICES CO WORKS
AND LE
3030 NW EXPRESSWAY
SUITE 1300
OKLAHOMA CITY OK 73112-5436

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE DEPT
55 N ROBINSON AVE
OKC OK 73102-9229

JANA FERREL
4101 PERIMETER CENTER DR STE 210
OKC OK 73112-2309

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KANSAS COUNSELORS
8725 ROSEHILL ROAD 415
LENEXA KS 66215-4611

LABCORP
PO BOX 2240
BURLINGTON NC 27216-2240

MC BRIDE ORTHOPEDIC HOSPITAL
9000 BROADWAY EXTENSION
OKC OK 73114

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MCBRIDE ORTHOPEDIC
9600 SOUTH BROADWAY EXT
OKC OK 73114-7408

UNDELIVERABLE
MERCY CLINICS
OKLAHOMA CITY OK

MERCY HEALTH CENTER
4300 WEST MEMORIAL RD
OKC OK 73120-8362

MERCY HOSPITAL
14528 SOUTH OUTER 40
SUITE 100
ST LOUIS MO 63017-5743

MERCY HOSPITAL
PO BOX 505393
ST LOUIS MO 63150-5393

MERCY VIRTUAL BUSINESS OFFICE
1730 E PORTLAND ST
SPRINGFIELD MO 65804-1311

MIDWEST RECOVERY SYSTEMS
514 EARTH CITY PLAZA SUITE 100
EARTH CITY MO 63045-1303

MILLINNIUM FINANCIAL GROUP
5770 NW EXPRESSWAY SUITE 102
OKLAHOMA CITY OK 73132-5238

NORTHWEST ANESTHESIA PC
3300 NORTHWEST EXPRESSWAY
OKC OK 73112-4418

OKC EAR NOSE AND THROAT CLINIC
535 NW 9TH STREET
OKC OK 73102-1070

OU PHYSICIANS
PO BOX 269026
OKC OK 73126-9026

OKLAHOMA EMERGENCY SERVICES
3303 S MERIDIAN AVE
OKC OJ 73119-1026

OKLAHOMA GAS AND ELECTRIC
PO BOX 321
OKC OK 73101-0321

OKLAHOMA NATURAL GAS
4901 N SANTA FE AVE
OKC OK 73118-7911

OKLAHOMA PULMONARY PHYSICIANS
4200 S DOUGLAS AVE SUITE 313
OKC OK 73109-3215

OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

ONE CLICK CASH
PO BOX 1326
MIAMI OKLAHOMA 74355-1326

PAYDAY MOBILITY
427 N TANTNALL
WILMINGTON DE 19801-2230

PHOENIX FINANCIAL SERVICES LLC TX
HEALTH DAL
PO BOX 361450
INDIANAPOLIS IN 46236-1450

RADIOLOGY OF NORTH TEXAS
1277 COUNTRY CLUB LN
FORT WORTH TX 76112-2304

RECEIVABLE SOLUTIONS INC
PO BOX 1984
SOUTHGATE ML 48195-0984

SECURITY CREDIT SERVICES
2653 W OXFORD LOOP 108
OXFORD MS 38655-2929

SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

ST ANTHONY HOSPITAL
500 VIRGINIA DR STE 514
 FORT WASHINGTON PA 19034-2735

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TDS TELECOM
PO BOX 94510
PALATINE IL 60094-4510

TEXAS MEDICINE RESOURCES
204 BILLINGS ST STE 120
ARLINGTON TX 76010-2495

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TRANSWORLD SYSTEMS
PO BOX 15270
WILIMINGTON DE 19850-5270

UNITED STATES TRUSTEE
UNITED STATES TRUSTEE
215 DEAN A MCGEE AVE 4TH FLOOR
OKLAHOMA CITY OK 73102-3479

VERIZON WIRELESS
16 MCLELAND RD
SAINT CLOUD MN 56303-2198

WHY NOT LEASING LLC
2653 W OXFORD LOOP
OXFORD MS 38655-5442

KEVIN M COFFEY
435 N WALKER STE 202
OKLAHOMA CITY OK 73102-1810

DEBTOR
MELODY NAKINS LEWIS
1817 NW 172ND ST
EDMOND OK 73012-7011

STEPHEN A HARRY
3030 NW EXPRESSWAY
SUITE 200
OKLAHOMA CITY OK 73112-5466