**Dated: October 23, 2020**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re:<br>MELODY NAKINA LEWIS,<br>Debtor | Case No. 18-14388-SAH<br>(Chapter 7) |

## Order Authorizing Award of Attorney's Fees

Attorney Kevin M. Coffey, counsel for the Trustee, presents his Final Application for Compensation, seeking approval of his attorney's fees in this case, and said counsel represents that no interested party has objected to the Application; that said attorney fee application meets the requirements of Bankruptcy Rule 2016; and that said fees are reasonable and necessary.

Counsel for the Trustee further represents that the application was filed on October 1, 2020, and was properly served on all parties in interest pursuant to Local Bankruptcy Rule 9007-1; that the last date for filing objections was October 22, 2020; that said date has passed with no objection thereto being served and filed; and, therefore, the application should be, and hereby is, granted.

IT IS THEREFORE ORDERED that the Trustee, Kevin M. Coffey, is authorized to pay attorney Kevin M. Coffey the sum of $5,692.50, which represents fees incurred herein.

*The findings of fact in this Order are based upon representations of counsel.  Local Rule 9013-1.L.1*

# # #

2

**Signature Page to Order Authorizing Award of Attorney's Fees**

APPROVED:

OFFICE OF THE UNITED STATES TRUSTEE,
United States Trustee

*s/ Kevin M. Coffey*
Kevin M. Coffey, OBA #11791
HARRIS & COFFEY, PLLC
435 N. Walker, Suite 202
Oklahoma City, Oklahoma 73102
(405) 235-1497
Fax: 405/606-7446
Email: kevin@harrisandcoffey.com
Chapter 7 Trustee

By: *s/ Marjorie J. Creasey*
Marjorie J. Creasey, OBA #17819
Office of the United States Trustee
215 Dean A. McGee, Room 408
Oklahoma City, OK 73102
405-231-4393/231-5958 [fax]
Marjorie.creasey@usdoj.gov