UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:                                     §
                                           §
Melody Nakina Lewis                        §    Case No. 18-14388
                                           §
            Debtor                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/18/2018. The undersigned trustee was appointed on 10/18/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: Asset #8 (Personal injury claim-transvaginal mesh product)  The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     17,018.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 5,692.50 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $     11,325.50

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/14/2020 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,451.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,451.80, for a total compensation of $2,451.80$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $310.30, for total expenses of $310.30$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/19/2021            By: /s/KEVIN M. COFFEY
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 18-14388 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Melody Nakina Lewis | | | | Date Filed (f) or Converted (c): | 10/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 11/20/2018 |
| For Period Ending: | 01/19/2021 | | | | Claims Bar Date: | 01/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 2.  Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Security Deposit-OG&E | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Security Deposit-ONG | 150.00 | 0.00 | | 0.00 | FA |
| 6.  Security Deposit-rental unit | 700.00 | 0.00 | | 0.00 | FA |
| 7.  Security Deposit-Oklahoma utilities | 180.00 | 0.00 | | 0.00 | FA |
| 8.  Personal injury claim-transvaginal mesh product (u) | 50,000.00 | 30,000.00 | | 17,018.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $52,330.00   $30,000.00   $17,018.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/15/2019: Notified of personal injury settlement; Request notice to file claims; App to hire Harris & Coffey filed (doc 24)
10/30/2019: Order employing attorney entered (doc. 28)
12/26/2019: Trustee filed objection to Debtor's claim of exemption in personal injury settlement (doc. 32)
01/03/2020: NDR withdrawn
01/16/2020: motion to compromise with Debtor filed (doc. 34)
02/11/2020: Order entered granting motion to compromise; Objection to exempt property resolved (doc. 40)
06/24/2020: Trustee is currently waiting to receive settlement from personal injury claim
09/18/2020: Received settlement check
10/01/2020: Attorney fee application filed (doc. 48)
10/23/2020: Order granted re: attorney fees (doc. 51)
11/19/2020: Request for court costs

Initial Projected Date of Final Report (TFR): 10/18/2021       Current Projected Date of Final Report (TFR): 10/18/2021

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 18-14388  
Case Name: Melody Nakina Lewis  
Trustee Name: KEVIN M. COFFEY  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX1241  
Checking  
Taxpayer ID No: XX-XXX0467  
Blanket Bond (per case limit): $7,478,000.00  
For Period Ending: 01/19/2021  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/20 | 8 | JLG BSC Qualified Settlement Fund | Settlement funds from personal injury case. This amount represents bankruptcy estates share. See Motion to compromise and Order (docs. 34 and 40) | 1242-000 | $17,018.00 | | $17,018.00 |
| 10/28/20 | 2001 | KEVIN M. COFFEY 435 N WALKER AVE SUITE 202 OKLAHOMA CITY, OK 73102 | payment of Attorney's fee- Trustee's firm, per 10-28-20 Order [doc. 52] | 3110-000 | | $5,692.50 | $11,325.50 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,018.00 | $5,692.50 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,018.00 | $5,692.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,018.00 | $5,692.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $17,018.00     $5,692.50

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1241 - Checking | $17,018.00 | $5,692.50 | $11,325.50 |
| | $17,018.00 | $5,692.50 | $11,325.50 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,018.00 |
| Total Gross Receipts: | $17,018.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-14388  
Debtor Name: Melody Nakina Lewis  
Claims Bar Date: 1/14/2020  

Date: January 19, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Kevin M. Coffey<br>435 N. Walker, Suite 202<br>Oklahoma City, Ok 73102 | Administrative | | $0.00 | $2,451.80 | $2,451.80 |
| 100 2200 | Kevin M. Coffey<br>435 N. Walker, Suite 202<br>Oklahoma City, Ok 73102 | Administrative | | $0.00 | $310.30 | $310.30 |
| 100 3110 | KEVIN M. COFFEY<br>435 N WALKER AVE SUITE 202<br>OKLAHOMA CITY, OK 73102 | Administrative | Attorney fee application (doc. 48)<br>Order granted 10-23-20 (doc. 51) | $0.00 | $5,692.50 | $5,692.50 |
| 5 280 5800 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Priority | | $0.00 | $3,405.59 | $3,405.59 |
| 1 300 7100 | Ian"s Enterprise, Llc<br>9450 Sw Gemini Dr. #39525<br>Beaverton, Or 97008 | Unsecured | | $0.00 | $38,429.42 | $38,429.42 |
| 2 300 7100 | Oklahoma Tax Commission<br>General Counsel"s Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, Ok 73102 | Unsecured | | $0.00 | $10,764.25 | $10,764.25 |
| 3 300 7100 | Mercy Virtual Business Office<br>1730 E Portland St<br>Springfield, Mo 65804-1311 | Unsecured | | $0.00 | $2,478.81 | $2,478.81 |
| 4 300 7100 | Oklahoma Natural Gas<br>4901 N. Santa Fe Ave.<br>Okc Ok 73118 | Unsecured | | $0.00 | $605.55 | $605.55 |
| 5 300 7100 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Unsecured | | $0.00 | $181,112.74 | $181,112.74 |

Page 1                                       Printed: January 19, 2021

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 18-14388  
Debtor Name: Melody Nakina Lewis  
Claims Bar Date: 1/14/2020  
Date: January 19, 2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 / 300 / 7100 | Directv, Llc<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $417.44 | $417.44 |
| 7 / 300 / 7100 | Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $2,216.62 | $2,216.62 |
| 8 / 300 / 7100 | Ashley Funding Services, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $70.00 | $70.00 |
| 9 / 300 / 7100 | Oklahoma Gas And Electric<br>Po Box 321<br>Okc Ok 73101 | Unsecured | | $0.00 | $1,372.64 | $1,372.64 |
| 2 / 380 / 7400 | Oklahoma Tax Commission<br>Office Of The General Counsel<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City Ok 73102 | Unsecured | | $0.00 | $273.75 | $273.75 |
| 5 / 380 / 7400 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Unsecured | | $0.00 | $20,539.49 | $20,539.49 |
| 5 / 400 / 4300 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Secured | | $0.00 | $2,230.00 | $2,230.00 |
| | Case Totals | | | $0.00 | $272,370.90 | $272,370.90 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                         Printed: January 19, 2021

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-14388
Case Name: Melody Nakina Lewis
Trustee Name: KEVIN M. COFFEY

| | Balance on hand | $ | 11,325.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Internal Revenue Service | $ 2,230.00 | $ 2,230.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
|---|---|
| Remaining Balance | $ 11,325.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Kevin M. Coffey | $ 2,451.80 | $ 0.00 | $ 2,451.80 |
| Trustee Expenses: Kevin M. Coffey | $ 310.30 | $ 0.00 | $ 310.30 |
| Attorney for Trustee Fees: KEVIN M. COFFEY | $ 5,692.50 | $ 5,692.50 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 2,762.10 |
|---|---|
| Remaining Balance | $ 8,563.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,405.59 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Service | $ 3,405.59 | $ 0.00 | $ 3,405.59 |
| | Total to be paid to priority creditors | | | $ 3,405.59 |
| | Remaining Balance | | | $ 5,157.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $237,467.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ian"s Enterprise, Llc | $ 38,429.42 | $ 0.00 | $ 834.69 |
| 2 | Oklahoma Tax Commission | $ 10,764.25 | $ 0.00 | $ 233.80 |
| 3 | Mercy Virtual Business Office | $ 2,478.81 | $ 0.00 | $ 53.84 |
| 4 | Oklahoma Natural Gas | $ 605.55 | $ 0.00 | $ 13.15 |
| 5 | Internal Revenue Service | $ 181,112.74 | $ 0.00 | $ 3,933.78 |
| 6 | Directv, Llc | $ 417.44 | $ 0.00 | $ 9.07 |
| 7 | Atlas Acquisitions Llc | $ 2,216.62 | $ 0.00 | $ 48.15 |
| 8 | Ashley Funding Services, Llc | $ 70.00 | $ 0.00 | $ 1.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Oklahoma Gas And Electric | $ 1,372.64 | $ 0.00 | $ 29.81 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,157.81 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $20,813.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Oklahoma Tax Commission | $ 273.75 | $ 0.00 | $ 0.00 |
| 5 | INTERNAL REVENUE SERVICE | $ 20,539.49 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |