**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE:<br><br>Melody Nakina Lewis<br><br><br><br>Debtor | Case No. 18-14388-SAH<br>(Chapter 7) |

**APPLICATION OF TRUSTEE FOR ALLOWANCE OF TRUSTEE FEES,
REIMBURSEMENT OF EXPENSES, AND PAYMENT OF ADMINISTRATIVE COSTS**

1. Applicant has been appointed as the Trustee to administer the estate of the above-mentioned debtor.  This application is for an allowance of compensation of Trustee Fees, as allowed by the Bankruptcy Code, for the Trustee's expenses of administration of estate, and for Costs assessed by the Court Clerk of the U.S. Bankruptcy Court of the Western District of Oklahoma.

2. Immediately upon having been appointed, he complied by giving and having a blanket bond in an amount sufficient to cover the assets of this case.

3. He has given his closest attention to this case and that he has filed reports with the Court showing his action in this case and that his services have been of such nature that he verily believes that he is entitled to the maximum compensation allowed by the Bankruptcy Code.

4. Applicant further states that no agreement has been made directly or indirectly and that no understanding exists for a division of fees between the applicant and the debtor or the attorney.

5. Applicant further states that he has received $0.00 out of this case to date pursuant to rule 2016(a).

6. The money of this case which has been or will be disbursed by the Trustee, exclusive of all money to be paid to the Debtors totals $17,018.00.  Therefore, allowable Trustee compensation is $2,451.80 (See attached Exhibit for computation of Trustee Compensation).

7. The Expenses of the administration of the estate are: $310.30 (See attached Exhibit for details).

8. The Court costs in the amount of $0.00 must be paid before a Final Decree can be issued.

**WHEREFORE**, the Trustee prays that he be allowed the maximum compensation of the said Bankruptcy Code as computed on the attached Exhibit in the amount of $2,451.80 and Trustee Expenses in the amount of $310.30.

/s/ KEVIN M. COFFEY
KEVIN M. COFFEY OBA #11791
435 N. Walker, Suite 202
Oklahoma City, OK  73102
Phone: (405) 235-1497
Fax: (405) 606-7446
Email: kevin@harrisandcoffey.com
Chapter 7 Trustee

# EXHIBIT

TRUSTEE'S FEES AND EXPENSES

    I. Computation of Compensation

Total compensable disbursements are $17,018.00; pursuant to 11 U.S.C. §326, compensation is computed as follows:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | $17,018.00 |
|  |  | $17,018.00 | 25% of First $5,000.00 | $1,250.00 |
| Less |  | $5,000.00 | ($1,250.00 Maximum) |  |
|  | Balance | $12,018.00 | 10% of Next $45,000.00 | $1,201.80 |
| Less |  | $45,000.00 | ($4,500.00 Maximum) |  |
|  | Balance | $0.00 | 5% of Next $950,000.00 | $0.00 |
| Less |  | $950,000.00 | ($47,500.00 Maximum) |  |
|  | Balance | $0.00 | 3% of Balance | $0.00 |

|  |  |
|---|---|
| Total Compensation Calculated: | $2,451.80 |
| Less Previously Paid Compensation: | $0.00 |
| **Total Compensation Requested:** | **$2,451.80** |

    II. Trustee's Expenses

| | |
|---|---|
| Copies - Final Account - 10 at 0.15 | $1.50 |
| Copies - Notice of Filing Trustee's Final Report - 344 at 0.15 | $51.60 |
| Copies - Petition & POCs - 136 at 0.15 | $20.40 |
| Copies - Trustee's Final Report - 10 at 0.15 | $1.50 |
| Postage - Distribution Checks - 9 at 0.50 | $4.50 |
| Postage - Mailing Service - COS re: motion to compromise (doc. 34) - 1 at 119.00 | $119.00 |
| Postage - Mailing Service - COS re: Notice of final attorney fee application (doc. 49) - 1 at 68.80 | $68.80 |
| Postage - Notice of Filing Trustee's Final Report - 86 at 0.50 | $43.00 |

| | |
|---|---:|
| TOTAL TRUSTEE EXPENSES: | $310.30 |
| TOTAL PAID EXPENSES: | $0.00 |
| **TOTAL UNPAID EXPENSES:** | **$310.30** |