**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

IN RE:

MELODY NAKINA LEWIS

                    Debtor.

Case No. 18-14388-SAH
(Chapter 7)

## Certificate of Service for Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object

      This is to certify that on January 21, 2021, a true and correct copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR), filed on January 21, 2021 [Doc. No. 57], was forwarded via U.S. Mail, first class, postage prepaid, to those parties listed on the attached matrix.

*s/ Kevin M. Coffey*
Kevin M. Coffey (OBA# 11791)
HARRIS & COFFEY, PLLC
435 N. Walker, Suite 202
Oklahoma City, OK 73102
405/235-1497
405/606-7446 (fax)
E-mail: kevin@harrisandcoffey.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: MELODY N LEWIS | CASE NO: 18-14388 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 57 |

On 1/21/2021, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT ECF Docket Reference No. 57

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/21/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kevin M. Coffey
Harris and Coffey, PLLC
435 N. Walker Suite 202
Oklahoma City, OK  73102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>10875<br>CASE 18-14388<br>WESTERN DISTRICT OF OKLAHOMA<br>OKLAHOMA CITY<br>THU JAN 21 11-15-42 CST 2021 | ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | | USBC WESTERN DISTRICT OF OKLAHOMA<br>215 DEAN A MCGEE<br>OKLAHOMA CITY OK 73102-3426 |

AMR
7269 WEST SHERIDAN AVENUE
OKC OK 73102

ATT
PO BOX 78628
PHOENIX AZ 85062-8628

ATT CORPORATE HEADQUARTERS
208 SOUTH AKARD ST
DALLAS TX 75202-4206

ATT CORPORATE HEADQUARTERS
PO BOX 5093
CAROL STREAM IL 60197-5093

ATT DIRECT 1V
PO BOX 5093
CAROL STREAM ILL 60197-5093

AGENCY OF CREDIT CONTROL
2014 S PONTIAC WAY
DENVER CO 80224-2412

AMER MNGT SVCS
PO BOX44069
OKC OK 73144-1069

ASHLEY FUNDING SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

BANFIELD HOSPITAL
1921S BROADWAY
EDMOND OKLAHOMA 73013-4018

BANK OF OKLAHOMA
PO BOX 26908
OKLAHOMA CITY OK 73126-0908

BAPTIST MEDICAL CENTER
PO BOX 268907
OKLAHOMA CITY 73126-8907

BEACON LOANS
358 S 700 E SUITE B 105 PMB
SALT LAKE CITY UT 84102-2160

BOOST PREMIER LIE
1649 WILLIAMSON RD
GRIFFIN GA 30224-3932

BUSINESS REVENUE SYSTEMS RADIOLOGY
CONSULTA
6032 TRIER ROAD
FORT WAYNE IN 46815-5337

CK MARKETING
3336 E 33RD PLACE SUITE B
YUMA AZ 85365-5200

CASHLAND
10417 N MAY AVE
OKC OK 73120-2610

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITY OF BETHANY
PO BOX 219
BETHANY OK 73008-0219

CITY OF BETHANY
UTILITIES
PO BOX 219
BETHANY OK 73008-0219

CITY OF OKC UTILITIES COMPANY
2701 NE 4TH STREET
OKC OK 73117-5609

CONVERGENT OUTSOURCING
PO BOX 9004
RENTON WA 98057-9004

COX COMMUNICATIONS
3316 SOUTH BROADWAY
EDMOND OK 73013-4101

COX COMMUNICATIONS
PO BOX 268870
OKLAHOMA CITY OK 73126-8870

CREDIT BUREAU SERVICES A
123 W 7TH STREET
STILLWATER OK 74074-4068

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CREDIT SYSTEMS                       DEFENDER SECURITY                       DIRECTV
PO BOX 312125                        3750 PRIORITY WAY SOUTH DR STE 200      PO BOX 105261
ATLANTA GA 31131-2125                INDIANAPOLIS IN 46240-3815              ATLANTA GA 30348-5261


DIRECTV LLC                          DIVERSIFIED CONSULTANTS                 DR JAMES KELLER
BY AMERICAN INFOSOURCE AS AGENT      PO BOX 551268                           1800 S RENAISSANCE BLVD
4515 N SANTA FE AVE                  JACKSONVILLE FL 32255-1268              EDMOND OK 73013-3023
OKLAHOMA CITY OK 73118-7901


ENT MEDICAL PLAZA BILLING            EMERGENCY PHYSICIANS OF MIDWEST CITY    EMERGENCY PHYSICIANS OF MIDWEST CITY
535 NW 9TH STREET                    2825 PARKLAWN DR                        940 NE 13TH ST STE 1B1306
SUITE 300                            OKC OK 73110-4201                       OKLAHOMA CITY OK 73104-5008
OKC OK 73102-1073


ENHANCED RECOVERY COMPANY            FOUNTAIN LAKE APARTMENTS                GREEN VALLEY CASH
PO BOX 57547                         141025 N EASTERN AVE                    PO BOX 615
JACKSONVILLE FL 32241-7547           EDMOND OK 73013                         HAYS MT 59527-0615


H  R ACCOUNTANTS                     HR ACCOUNTS                             IC SYSTEM
7017 JOHN DEERE PARKWAY              5320 22ND AVE                           PO BOX 64378
MOLINE IL 61265-8072                 MOINE IL 61265-3627                     SAINT PAUL MN 55164-0378


IAN S ENTERPRISE LLC                 IANS ENTERPRISES                        INTEGRIS MEDICAL GROUP
9450 SW GEMINI DR 39525              9450 SW GEMINI DR  39525                5320 22ND STREET AVE
BEAVERTON OR 97008-7105              BEAVERTON OR 97008-7105                 MOLINE IL 61245


INTEGRIS PHYSICIAN SERVICES          INTEGRIS PHYSICIAN SERVICES CO WORKS    INTERNAL REVENUE SERVICE
PO BOX 269032                        AND LE                                  PO BOX 7346
OKC OK 73126-9032                    3030 NW EXPRESSWAY                      PHILADELPHIA PA 19101-7346
                                     SUITE 1300
                                     OKLAHOMA CITY OK 73112-5436


INTERNAL REVENUE SERVICE DEPT        JANA FERREL                             JEFFERSON CAPITAL SYSTEMS LLC
55 N ROBINSON AVE                    4101 PERIMETER CENTER DR STE 210        PO BOX 7999
OKC OK 73102-9229                    OKC OK 73112-2309                       SAINT CLOUD MN 56302-7999


KANSAS COUNSELORS                    LABCORP                                 MC BRIDE ORTHOPEDIC HOSPITAL
8725 ROSEHILL ROAD 415               PO BOX 2240                             9000 BROADWAY EXTENSION
LENEXA KS 66215-4611                 BURLINGTON NC 27216-2240                OKC OK 73114
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | UNDELIVERABLE | |
|---|---|---|
| MCBRIDE ORTHOPEDIC<br>9600 SOUTH BROADWAY EXT<br>OKC OK 73114-7408 | MERCY CLINICS<br>OKLAHOMA CITY OK | MERCY HEALTH CENTER<br>4300 WEST MEMORIAL RD<br>OKC OK 73120-8362 |
| MERCY HOSPITAL<br>14528 SOUTH OUTER 40<br>SUITE 100<br>ST LOUIS MO 63017-5743 | MERCY HOSPITAL<br>PO BOX 505393<br>ST LOUIS MO 63150-5393 | MERCY VIRTUAL BUSINESS OFFICE<br>1730 E PORTLAND ST<br>SPRINGFIELD MO 65804-1311 |
| MIDWEST RECOVERY SYSTEMS<br>514 EARTH CITY PLAZA SUITE 100<br>EARTH CITY MO 63045-1303 | MILLINNIUM FINANCIAL GROUP<br>5770 NW EXPRESSWAY SUITE 102<br>OKLAHOMA CITY OK 73132-5238 | NORTHWEST ANESTHESIA PC<br>3300 NORTHWEST EXPRESSWAY<br>OKC OK 73112-4418 |
| OKC EAR NOSE AND THROAT CLINIC<br>535 NW 9TH STREET<br>OKC OK 73102-1070 | OU PHYSICIANS<br>PO BOX 269026<br>OKC OK 73126-9026 | OKLAHOMA EMERGENCY SERVICES<br>3303 S MERIDIAN AVE<br>OKC OJ 73119-1026 |
| OKLAHOMA GAS AND ELECTRIC<br>PO BOX 321<br>OKC OK 73101-0321 | OKLAHOMA NATURAL GAS<br>4901 N SANTA FE AVE<br>OKC OK 73118-7911 | OKLAHOMA PULMONARY PHYSICIANS<br>4200 S DOUGLAS AVE SUITE 313<br>OKC OK 73109-3215 |
| OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL S OFFICE<br>100 N BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY OK 73102-8601 | ONE CLICK CASH<br>PO BOX 1326<br>MIAMI OKLAHOMA 74355-1326 | PAYDAY MOBILITY<br>427 N TANTNALL<br>WILMINGTON DE 19801-2230 |
| PHOENIX FINANCIAL SERVICES LLC TX<br>HEALTH DAL<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | RADIOLOGY OF NORTH TEXAS<br>1277 COUNTRY CLUB LN<br>FORT WORTH TX 76112-2304 | RECEIVABLE SOLUTIONS INC<br>PO BOX 1984<br>SOUTHGATE MI 48195-0984 |
| SECURITY CREDIT SERVICES<br>2653 W OXFORD LOOP 108<br>OXFORD MS 38655-2929 | SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | ST ANTHONY HOSPITAL<br>500 VIRGINIA DR<br>STE 514<br>FORT WASHINGTON PA  19034-2735 |
| T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TDS TELECOM<br>PO BOX 94510<br>PALATINE IL 60094-4510 | TEXAS MEDICINE RESOURCES<br>204 BILLINGS ST STE 120<br>ARLINGTON TX 76010-2495 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE

| | | |
|---|---|---|
| TRANSWORLD SYSTEMS<br>PO BOX 15270<br>WILIMINGTON DE 19850-5270 | UNITED STATES TRUSTEE<br>UNITED STATES TRUSTEE<br>215 DEAN A MCGEE AVE 4TH FLOOR<br>OKLAHOMA CITY OK 73102-3479 | VERIZON WIRELESS<br>16 MCLELAND RD<br>SAINT CLOUD MN 56303-2198 |
| | | DEBTOR |
| WHY NOT LEASING LLC<br>2653 W OXFORD LOOP<br>OXFORD MS 38655-5442 | KEVIN M COFFEY<br>435 N WALKER STE 202<br>OKLAHOMA CITY OK 73102-1810 | MELODY NAKINS LEWIS<br>1817 NW 172ND ST<br>EDMOND OK 73012-7011 |

STEPHEN A HARRY
3030 NW EXPRESSWAY
SUITE 200
OKLAHOMA CITY OK 73112-5466

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Debtor) | Harris & Coffey, PLLC |
|---|---|---|
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102<br><br>Ustpregion20.oc.ecf@usdoj.gov | Melody Nakins Lewis<br>1817 NW 172nd St<br>Edmond, OK 73012<br>represented by:<br>Stephen A Harry<br>3030 NW Expressway<br>Suite 200<br>Oklahoma City, OK 73112<br><br>stephenaharry@gmail.com | 435 N. Walker ste 201<br>Oklahoma City, OK 73102 |

| (Trustee) | (Creditor) | (Creditor) |
|---|---|---|
| Kevin M. Coffey<br>435 N. Walker Ste 202<br>Oklahoma City, OK 73102<br>405/235-1497,405/606-7444<br>represented by:<br>Kevin M. Coffey<br>435 N. Walker Ste 202<br>Oklahoma City, OK 73102<br><br>kevin@harrisandcoffey.com | Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601<br><br>bk@atlasacq.com |