IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

Melody Nakina Lewis

Debtor.

Case No. 18-14388-SAH
(Chapter 7)

### Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Fed. R. Bankr. P. 3010, reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 8 Resurgent Capital Services PO box 10587 Greenville, SC  29603-0587 | $ 1.52 |

TOTAL: $ 1.52

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:  February 25, 2021

*s/ Kevin M Coffey*
Kevin M. Coffey (OBA # 11791)
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446
kevin@harrisandcoffey.com
Chapter 7 Trustee