United States Bankruptcy Court
Western District of Oklahoma

In re:  Case No. 18-14388-SAH
Melody Nakins Lewis  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1087-5     User: jebe     Page 1 of 2
Date Rcvd: Feb 24, 2021     Form ID: pdf003     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Melody Nakins Lewis, 1817 NW 172nd St, Edmond, OK 73012-7011 |
| aty | + | Harris & Coffey, PLLC, 435 N. Walker ste 201, Oklahoma City, OK 73102-1812 |
| aty | + | Stephen A Harry, 3030 NW Expressway, Suite 200, Oklahoma City, OK 73112-5466 |
| tr | + | Kevin M. Coffey, 435 N. Walker Ste 202, Oklahoma City, OK 73102-1810 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Feb 24 2021 22:10:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Feb 24 2021 22:10:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Kevin M. Coffey, 435 N. Walker Ste 202, Oklahoma City, OK 73102-1810 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021     Signature:    /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 1087-5 | User: jebe | Page 2 of 2 |
| Date Rcvd: Feb 24, 2021 | Form ID: pdf003 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary D. Hammond | on behalf of Plaintiff Ian's Enterprise  LLC gary@okatty.com, jessica@okatty.com |
| Kevin M. Coffey | on behalf of Trustee Kevin M. Coffey kevin@harrisandcoffey.com kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com |
| Kevin M. Coffey | kevin@harrisandcoffey.com  kelly@harrisandcoffey.com;kcoffey@ecf.axosfs.com;kevinmcoffey60@gmail.com |
| Stephen A Harry | on behalf of Defendant Melody Nakina Lewis stephenaharry@gmail.com  steveaharry@yahoo.com |
| Stephen A Harry | on behalf of Debtor Melody Nakins Lewis stephenaharry@gmail.com  steveaharry@yahoo.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 6

**Dated: February 24, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

IN RE:

Melody Nakina Lewis

Case No. 18-14388-SAH
(Chapter 7)

Debtor

### ORDER ALLOWING COMPENSATION OF TRUSTEE FEES, REIMBURSEMENT OF TRUSTEE EXPENSES, AND PAYMENT OF COURT COSTS

The Application of Trustee, KEVIN M. COFFEY, for Allowance of Trustee Compensation, Reimbursement of Expenses and Payment of Court Costs, came on for consideration this date.

Trustee advises the Court he was duly appointed as Trustee and that all services for which compensation is requested where performed for and on behalf of the Estate; that expenses are just and reasonable expenses of administration of the Estate; and that Court Costs are expenses of the Estate.

Trustee further represents that the application was filed on January 21, 2021, and properly served on all parties in interest pursuant to Local Rule 9007-1; that the deadline for filing objections was February 11, 2021; that said date has passed with no objection thereto being served and filed; and, therefore, the application should be granted.

IT IS THEREFORE ORDERED that the Trustee be allowed:

| | |
|---|---:|
| Compensation for Trustee Fees in the amount of | $2,451.80 |
| Reimbursement of expenses in the amount of | $310.30 |
| Payment of Court Costs in the amount of | $0.00 |

    IT IS FURTHER ORDERED that the Trustee is hereby authorized to pay these expenses upon closing the case, subject to and only upon approval of the Office of the United States Trustee of the trustee's final report in this case.

*The findings of fact in this Order are based upon representations of counsel. Local Rule 9013-1.L.1*

###

| APPROVED: | OFFICE OF THE UNITED STATES TRUSTEE, United States Trustee |
|---|---|
| */s/ KEVIN M. COFFEY* <br> KEVIN M. COFFEY, OBA #11791 <br> 435 N. Walker, Suite 202 <br> Oklahoma City, OK  73102 <br> Phone: (405) 235-1497 <br> Fax: (405) 606-7446 <br> Email: kevin@harrisandcoffey.com <br> **Chapter 7 Trustee** | By: */s/ Marjorie J. Creasey* <br> Marjorie J. Creasey, OBA #17819 <br> Office of the United States Trustee <br> 215 Dean A. McGee, Room 408 <br> Oklahoma City, OK 73102 <br> 405-231-4393/231-5985 [fax] <br> Marjorie.creasey@usdoj.gov |