UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: §
§
Melody Nakina Lewis § Case No. 18-14388
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KEVIN M. COFFEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,330.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 8,563.40 | Claims Discharged Without Payment: 253,122.90 |
| Total Expenses of Administration: 8,454.60 | |

3) Total gross receipts of $17,018.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,018.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $2,230.00 | $2,230.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,454.60 | 8,454.60 | 8,454.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,405.59 | 3,405.59 | 3,405.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 258,280.71 | 258,280.71 | 5,157.81 |
| **TOTAL DISBURSEMENTS** | $0.00 | $272,370.90 | $272,370.90 | $17,018.00 |

4) This case was originally filed under chapter 7 on 10/18/2018. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2021             By: /s/KEVIN M. COFFEY
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim-transvaginal mesh product | 1242-000 | 17,018.00 |
| **TOTAL GROSS RECEIPTS** | | **$17,018.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 4300-000 | NA | 2,230.00 | 2,230.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$NA** | **$2,230.00** | **$2,230.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kevin M. Coffey | 2100-000 | NA | 2,451.80 | 2,451.80 | 2,451.80 |
| Kevin M. Coffey | 2200-000 | NA | 310.30 | 310.30 | 310.30 |
| KEVIN M. COFFEY | 3110-000 | NA | 5,692.50 | 5,692.50 | 5,692.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $8,454.60 | $8,454.60 | $8,454.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | Oklahoma Tax Commission | | 0.00 | NA | NA | 0.00 |
| 5 | Internal Revenue Service | 5800-000 | NA | 3,405.59 | 3,405.59 | 3,405.59 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,405.59 | $3,405.59 | $3,405.59 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Atlas Acquisitions Llc | 7100-000 | NA | 2,216.62 | 2,216.62 | 48.15 |
| 6 | Directv, Llc | 7100-000 | NA | 417.44 | 417.44 | 9.07 |
| 1 | Ian"s Enterprise, Llc | 7100-000 | NA | 38,429.42 | 38,429.42 | 834.69 |
| 5 | Internal Revenue Service | 7100-000 | NA | 181,112.74 | 181,112.74 | 3,933.78 |
| 3 | Mercy Virtual Business Office | 7100-000 | NA | 2,478.81 | 2,478.81 | 53.84 |
| 9 | Oklahoma Gas And Electric | 7100-000 | NA | 1,372.64 | 1,372.64 | 29.81 |
| 4 | Oklahoma Natural Gas | 7100-000 | NA | 605.55 | 605.55 | 13.15 |
| 2 | Oklahoma Tax Commission | 7100-000 | NA | 10,764.25 | 10,764.25 | 233.80 |
| 8 | Ashley Funding Services, Llc | 7100-001 | NA | 70.00 | 70.00 | 1.52 |
| 5 | INTERNAL REVENUE SERVICE | 7400-000 | NA | 20,539.49 | 20,539.49 | 0.00 |
| 2 | Oklahoma Tax Commission | 7400-000 | NA | 273.75 | 273.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $NA | $258,280.71 | $258,280.71 | $5,157.81 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 18-14388 | SAH | Judge: | Sarah A. Hall | Trustee Name: | KEVIN M. COFFEY |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Melody Nakina Lewis | | | | Date Filed (f) or Converted (c): | 10/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 11/20/2018 |
| For Period Ending: | 04/07/2021 | | | | Claims Bar Date: | 01/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Household goods and furnishings | 100.00 | 0.00 | | 0.00 | FA |
| 2. Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Jewelry | 0.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit-OG&E | 200.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit-ONG | 150.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposit-rental unit | 700.00 | 0.00 | | 0.00 | FA |
| 7. Security Deposit-Oklahoma utilities | 180.00 | 0.00 | | 0.00 | FA |
| 8. Personal injury claim-transvaginal mesh product (u) | 50,000.00 | 30,000.00 | | 17,018.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $52,330.00       $30,000.00       $17,018.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/15/2019: Notified of personal injury settlement; Request notice to file claims; App to hire Harris & Coffey filed (doc 24)
10/30/2019: Order employing attorney entered (doc. 28)
12/26/2019: Trustee filed objection to Debtor's claim of exemption in personal injury settlement (doc. 32)
01/03/2020: NDR withdrawn
01/16/2020: motion to compromise with Debtor filed (doc. 34)
02/11/2020: Order entered granting motion to compromise; Objection to exempt property resolved (doc. 40)
06/24/2020: Trustee is currently waiting to receive settlement from personal injury claim
09/18/2020: Received settlement check
10/01/2020: Attorney fee application filed (doc. 48)
10/23/2020: Order granted re: attorney fees (doc. 51)
11/19/2020: Request for court costs

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Initial Projected Date of Final Report (TFR): 10/18/2021     Current Projected Date of Final Report (TFR): 10/18/2021     Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-14388 | Trustee Name: KEVIN M. COFFEY |
| Case Name: Melody Nakina Lewis | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1241 |
| | Checking |
| Taxpayer ID No: XX-XXX0467 | Blanket Bond (per case limit): $7,478,000.00 |
| For Period Ending: 04/07/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/18/20 | 8 | JLG BSC Qualified Settlement Fund | Settlement funds from personal injury case. This amount represents bankruptcy estates share. See Motion to compromise and Order (docs. 34 and 40) | 1242-000 | $17,018.00 | | $17,018.00 |
| 10/28/20 | 2001 | KEVIN M. COFFEY 435 N WALKER AVE SUITE 202 OKLAHOMA CITY, OK 73102 | payment of Attorney's fee- Trustee's firm, per 10-28-20 Order [doc. 52] | 3110-000 | | $5,692.50 | $11,325.50 |
| 02/25/21 | 2002 | Kevin M. Coffey 435 N. Walker, Suite 202 Oklahoma City, Ok 73102 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $2,451.80 | $8,873.70 |
| 02/25/21 | 2003 | Kevin M. Coffey 435 N. Walker, Suite 202 Oklahoma City, Ok 73102 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $310.30 | $8,563.40 |
| 02/25/21 | 2004 | Internal Revenue Service Po Box 7346 Philadelphia Pa 19101-7346 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $3,405.59 | $5,157.81 |
| 02/25/21 | 2005 | Ian"s Enterprise, Llc 9450 Sw Gemini Dr. #39525 Beaverton, Or 97008 | Final distribution to claim 1 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $834.69 | $4,323.12 |
| 02/25/21 | 2006 | Oklahoma Tax Commission General Counsel"s Office 100 N. Broadway Ave., Suite 1500 Oklahoma City, Ok 73102 | Final distribution to claim 2 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $233.80 | $4,089.32 |
| 02/25/21 | 2007 | Mercy Virtual Business Office 1730 E Portland St Springfield, Mo 65804-1311 | Final distribution to claim 3 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $53.84 | $4,035.48 |
| 02/25/21 | 2008 | Oklahoma Natural Gas 4901 N. Santa Fe Ave. Okc Ok 73118 | Final distribution to claim 4 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $13.15 | $4,022.33 |

Page Subtotals: $17,018.00  $12,995.67

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-14388 | | Trustee Name: | KEVIN M. COFFEY |
| Case Name: | Melody Nakina Lewis | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX1241 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0467 | | Blanket Bond (per case limit): | $7,478,000.00 |
| For Period Ending: | 04/07/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/21 | 2009 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia Pa 19101-7346 | Final distribution to claim 5 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $3,933.78 | $88.55 |
| 02/25/21 | 2010 | Directv, Llc<br>By American Infosource As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 6 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $9.07 | $79.48 |
| 02/25/21 | 2011 | Atlas Acquisitions Llc<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 7 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $48.15 | $31.33 |
| 02/25/21 | 2012 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $1.52 | $29.81 |
| 02/25/21 | 2013 | Oklahoma Gas And Electric<br>Po Box 321<br>Okc Ok 73101 | Final distribution to claim 9 creditor account # representing a payment of 2.17 % per court order. | 7100-000 | | $29.81 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $17,018.00 | $17,018.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,018.00 | $17,018.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,018.00 | $17,018.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals: $0.00  $4,022.33

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1241 - Checking | $17,018.00 | $17,018.00 | $0.00 |
| | $17,018.00 | $17,018.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,018.00 |
| Total Gross Receipts: | $17,018.00 |